

**U.S. Department of Justice**

*Bruce D. Brandler*
*Acting United States Attorney*
*Middle District of Pennsylvania*

Website: www.justice.gov/usao/pam/
Email: usapam.contact@usdoj.gov

| | | |
|---|---|---|
| *William J. Nealon Federal Building*<br>*Suite 311*<br>*235 N. Washington Avenue*<br>*P.O. Box 309*<br>*Scranton, PA  18503-0309*<br>*(570) 348-2800*<br>*FAX (570) 348-2037/348-2830* | *Ronald Reagan Federal Building*<br>*Suite 220*<br>*228 Walnut Street*<br>*P.O. Box 11754*<br>*Harrisburg, PA  17108-1754*<br>*(717) 221-4482*<br>*FAX (717) 221-4493/221-2246* | *Herman T. Schneebeli Federal Building*<br>*Suite 316*<br>*240 West Third Street*<br>*Williamsport, PA  17701-6465*<br>*(570) 326-1935*<br>*FAX (570) 326-7916* |

*Please respond to: Scranton*

July 30, 2021

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

      Re:    United States v. Anthony Elonis
                 Criminal No. 21-cr-281

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on July 21, 2021.

                                  Very truly yours,

                                  BRUCE D. BRANDLER
                                  Acting United States Attorney

                                  <u>/s/ Robert J. O'Hara</u>
RJO:lem                         ROBERT J. O'HARA
                                  Assistant U.S. Attorney