IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL ACTION NO. 21-281 |
| : | |
| ANTHONY DOUGLAS ELONIS : | |

## **ORDER**

**AND NOW**, this 25th day of March, 2022, after considering the motion to dismiss the indictment filed by the defendant, Anthony Douglas Elonis (Doc. No. 23); and the supplemental pre-trial motion filed by the defendant (Doc. No. 26); and the government's response in opposition thereto (Doc. No. 33); and the court having held a hearing on the motions on March 9, 2022; accordingly, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss the indictment (Doc. No. 23) and the supplemental pre-trial motion (Doc. No. 26) are **DENIED**.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.