UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

UNITED STATES OF AMERICA,  :
:
v.  :  No.  5:21-cr-00281
:
ANTHONY DOUGLAS ELONIS,  :
    Defendant.  :
_____

**O R D E R**

**AND NOW,** this 17th day of June, 2025, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1. The Motion for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2), ECF No. 118, is **DENIED**.

2. This case remains **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge