Exhibit A Placeholder

Exhibit A- Electronic Voicemail forwarded to the via email by AUSA.