UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,            :
                                     :
            v.                       :        No.  5:21-cr-00281
                                     :
ANTHONY DOUGLAS ELONIS,              :
            Defendant.               :

**O R D E R**

**AND NOW,** this 30th day of March, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT:**

1.      The Motions for Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(2), ECF Nos. 118 and 139, are **GRANTED**.

2.      Defendant's term of imprisonment, only, is reduced to a total term of incarceration of 135 months.  This sentence breaks down as follows: 120 months on Count 2 (the statutory maximum) and 15[1] months on Counts 1 and 3 to run concurrent to each other and consecutive to Count 2.  All other terms and conditions of the original sentence remain.

3.      This case is **CLOSED**.

                                    BY THE COURT:


                                    */s/ Joseph F. Leeson, Jr.*
                                    JOSEPH F. LEESON, JR.
                                    United States District Judge

---

[1]      Reduced from 31 months.